**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**NORTHERN DIVISION**

| | |
|---|---|
| **PENNY WOOD-ROSE,** | ) CIVIL ACTION NO. 3:26cv00244-CEA-JEM |
| | ) |
| Plaintiff, | ) |
| | ) Judge Charles E. Atchley, Jr |
| v. | ) |
| | ) |
| **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,** | ) Magistrate Jill E. McCook |
| | ) |

---

**NOTICE OF SERVICE OF THE ERISA ADMINISTRATIVE RECORD**

---

Pursuant to the Scheduline Order (Document 10) entered by the Court on June 26, 2026, Notice is hereby given that on August 10, 2026, The Lincoln Natioal Life Insruance Company served a full and complete bates-labeled copy the administrative record upon Plaintiff via electronic mail.

Respectfully submitted this 10th day of August 2026.


**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**

/s/ Iwana Rademaekers
Iwana Rademaekers (Texas Bar # 16452560)
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the **10th day of August 2026**, a true and correct copy of the foregoing **NOTICE OF SERVICE OF THE ERISA ADMINISTRATIVE RECORD** was filed via the Court's CM/ECF electronical filing system, which served the following counsel of record via electronic notification:

K. Cody Allison, Esq.
cody@codyallison.com

Samuel D. Payne
sam@codyallison.com

Richard A. House
richard@codyallison.com

*/s/ Iwana Rademaekers*
Iwana Rademaekers